NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

RECEIVED AND FILED
2016 NOV -3 PM 2:27
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

IN RE:

RUBILYN M. FERNANDO,
                       Debtor(s)

BK-16-13250-led
CHAPTER 13

Adversary Proceeding: 16-01115-led

RUBILYN M. FERNANDO, et al,
                       Plaintiff(s)

vs

HSBC BANK USA
WESTERN PROGRESSIVE NEVADA, INC.
DEUTSCHE BANK NATIONAL TRUST COMPANY
FRANKLIN CREDIT MANAGEMENT CORPORATION
OCWEN LOAN SERVICING LLC, et al,
                       Defendant(s)

COMPLAINT, SUMMONS
STANDARD DISCOVERY PLAN AND
SCHEDULING ORDER PACKET

Hearing Date:  February 27, 2017
Hearing Time:  1:30 pm

I, **Rubily FERNANDO**, certify that I am at least 18 years old and not a party to the matter concerning
      (name)
which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made on **Nov. 3, 2016**
      (date)

by:

☐   Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐   Residence Service: By leaving the process with the following adult at:

☑   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at: **POSTAL**
1) HSBC Bank U.S.A. 4375 Jutland Dr. Ste 200 P.O. Box 17933 San Diego, CA 92117
2) Deutsche Bank P.O. Box 2301 Jersey City, NJ 07303
3) Western Progressive - Nevada Inc. North Park Center 1000 Abernathy Rd; NE bldg 400, Ste 200, Atlanta, GA 30328
4) Ocwen Loan Servicing, LLC. 1661 Worthington Rd. Ste 100 West Palm Beach Fl. 33409

☐   Publication: The defendant was served as follows: (Describe briefly)
5) Franklin Credit Management Corp 101 Hudson St 25th Flr. Jersey City, NJ 07302

☐   State Law: The defendant was served pursuant to the laws of the State of _____,
     as follows: (Describe briefly)                               (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: Nov 3, 2016     Signature: _____

Print Name: RUBILYN FERNANDO
Business Address: 2324 Scissortail Ct.
City: NLV     State: NV     Zip: 89084