BUCKLEY MADOLE, P.C.
Lindsey H. Morales, Esq.
Nevada Bar No. 11519
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
(7020 425-7267
Lindsey.morales@buckleymadole.com
*Attorney for Defendants Nancy Young and NBS Default Services LLC (Incorrectly named as "NBS Default Services")*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>RUBILYN M. FERNANDO DBA ALL ABOUT MARKETING,<br><br>Debtor. | Adv. Proc. No. 16-01115-LED<br><br>Related Bankruptcy:<br>Case No. 16-13250-LED |
| RUBILYN M. FERNANDO,<br><br>Plaintiff,<br><br>Vs.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF PEOPLE'S FINANCIAL REALTY MORTGAGE SECURITIES TRUST, SERIES 2006-1, MORTGAGE PASS-THROUGH CERTIFICES, SERIES 2006-1; OCWEN LOAN SERVICING, LLC; WESTERN PROGRESSIVE-NEVADA, INC.; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS CERTIFICATE TRUSTEE ON BEHALF OF BOSCO CREDIT II TRUST SERIES 2010-1; AND FRANKLIN CREDIT MANAGEMENT CORPORATION,<br><br>Defendants. | **NOTICE OF JOINDER TO DEFENDANT OCWEN LOAN SERVICING, LLC AND HSBC BANK, USA, NATIONAL ASSOCIATION AS TRUSTEE FOR THE BENEFIT OF PEOPLE'S FINANCIAL REALTY MORTGAGE SECURITIES TRUST, SERIES 2006-1, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-1'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |

Pursuant to F.R.C.P. 12(b)(1) and F.R.C.P. 12(b)(6), Defendants Franklin Credit

Management Corporation ("Franklin") and Deutsche Bank National Trust Company, as Certificate Trustee on Behalf of Bosco Credit II Trust Series 2010-1 ("Deutsche Bank") (collectively "Defendants") hereby join the Motion to Dismiss filed in this matter by Defendants Ocwen Loan Servicing ("Ocwen") and HSBC Bank USA, National Association, as Trustee for the Benefit of People's Financial Realty Mortgage Securities Trust, Series 2006-1, Mortgage Pass-Through Certificates, Series 2006-1 ("HSBC Bank, USA, N.A.") on December 01, 2016 (Doc. #8).

Defendant Franklin is the current loan servicer for the Deutsche Bank, the beneficiary of the junior lien on the residential real property commonly known as 2324 Scissortail Court, North Las Vegas, Nevada 89084. Defendants Franklin and Deutsche Bank are similarly situated to Defendants Ocwen and HSBC Bank USA, N.A., in that they have been hailed into the instant matter by way of Plaintiff's decision to file an baseless Adversary action in her dismissed 2016 Bankruptcy case.

Defendants Franklin and Deutsche Bank therefore join said Motion to Dismiss in its entirety for most, if not all, of the substantive reasons stated therein. First, Defendants Franklin and Deutsche Bank join Defendants Ocwen and HSBC Bank USA, N.A. in stating that the Plaintiff fails to establish the Bankruptcy Court possesses subject matter jurisdiction over her stated claims as the Plaintiff filed her Complaint in a closed, dismissed case (which Defendants further note, Plaintiff shows no interest in re-opening or otherwise reinstating as Plaintiff filed her own Motion to Dismiss subsequent to launching this Adversary case). Second, Defendants Franklin and Deutsche Bank join their co-defendants in stating that Plaintiff's claims, such as they are understood by Defendants Franklin and Deutsche Bank, appear to be based in state law and therefore do not arise under or in or are related to Title 11. Finally, Defendants Franklin and Deutsche Bank join their co-defendants in stating that Plaintiff has failed to state a claim upon which relief can be granted. This is particularly pertinent to Defendants Franklin and Deutsche Bank, against whom Plaintiff makes no cognizable allegations whatsoever.

///

///

///

For these reasons, Defendants respectfully request the Court grant Defendants Ocwen and HSBC Bank USA, N.A.'s Motion to Dismiss in its entirety.

DATED this 05th day of December, 2016.

                                        BUCKLEY MADOLE, P.C.

                                        /s/Lindsey H. Morales
                                        Lindsey H. Morales, Esq.
                                        Nevada Bar No. 11519
                                        1635 Village Center Circle, Suite 130
                                        Las Vegas, NV 89134
                                        *Attorney for Defendants Franklin and Deutsche Bank*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of BUCKLEY MADOLE and that service of the foregoing **NOTICE OF JOINDER** was made on the September 16, 2016, to all parties and counsel as identified on the Court-generated Notice of Electronic Filing and/or via mail at the following addresses:

Stacy H. Rubin, Esq.
Eddie R. Jimenez, Esq.
ALDRIDGE PITE, LLP
520 S. 4th Street, Suite 360
Las Vegas, Nevada 891001
E-Mail:  SRubin@aldridgepite.com.com
              ejimenez@aldridgepite.com

Rubilyn M. Fernando
2324 Scissortail Court
N. Las Vegas, NV 89084

HSBC Bank USA, N.A.
c/o Aldridge Pite
4375 Jutland Dr., Ste. 200
PO Box 17933
San Diego, CA 92177-7921

Western Progressive Nevada, Inc.
2002 Summit Blvd.
Atlanta, GA 30319

Franklin Credit Management Corporation
101 Hudson Street, 25th Floor
Jersey City, NV 07301

                                        /s/ Bristol Cox
                                An Employee of BUCKLEY MADOLE, P.C.