NVB 7041 (2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

RUBILYN M. FERNANDO ,

Debtor(s)

BK−16−13250−led
CHAPTER 13

Adversary Proceeding: 16−01115−led

RUBILYN M. FERNANDO, et al,

Plaintiff(s)

vs

HSBC BANK USA, et al,

Defendant(s)

NOTICE OF
CONDITIONAL DISMISSAL OF
ADVERSARY PROCEEDING

The above−captioned bankruptcy case having been dismissed;

**NOTICE IS GIVEN** that, unless an objection is filed within 21 days following service of this notice, the adversary proceeding will be dismissed without prejudice.

If you object to the relief requested, you may file your objection in the case. It is the duty of the objecting party to timely set that objection for a hearing and notice all parties in interest. If you do not file an objection within the time permitted, an order granting the requested relief may be entered by the court without further notice or hearing.

Dated: 12/8/16

Mary A. Schott
Clerk of Court