

Honorable Laurel E. Davis
United States Bankruptcy Judge

Entered on Docket
January 04, 2017

NVB 7041−2 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−16−13250−led |
| RUBILYN M. FERNANDO , | CHAPTER 13 |
| Debtor(s) | |
| | Adversary Proceeding: 16−01115−led |
| RUBILYN M. FERNANDO, et al, | |
| Plaintiff(s) | |
| | ORDER OF DISMISSAL OF ADVERSARY |
| vs | PROCEEDING |
| HSBC BANK USA, et al, | |
| Defendant(s) | |

The above−captioned bankruptcy case having been dismissed;

No objections to the Notice of Dismissal of Adversary having been received;

**IT IS ORDERED** that the above−captioned adversary proceeding is dismissed without prejudice.

###